**Harlan JAMES, Appellant,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Dec. 18, 1964.

John A. Keck, Grayson, for appellant.

Robert F. Matthews, Atty. Gen., Frankfort, for appellee.

MONTGOMERY, Judge.

Harlan James was fined $20 and sentenced to serve thirty days in jail for illegal possession of intoxicating liquors. He has moved for an appeal. RCr 12.52(2). The case was submitted under RCA 1.270 when the time for filing briefs expired without any brief being filed.

For failure to file a brief, appellant's appeal is dismissed. RCA 1.260(b).

Appeal dismissed.